# United States District Court
# For The Western District of North Carolina
# Asheville Division

Albert C. Burgess,

    Plaintiff(s),

vs.

United States of America, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv371

DECISION BY COURT. This action having come before the Court by Petition for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/01/2009 Order.

October 2, 2009

FRANK G. JOHNS, CLERK

BY: s/ Tammy H. Hightower
    Tammy Hightower, Deputy Clerk